Gwynne R. MCGRAW, Respondent,

v.

Eric J. MCGRAW, Appellant.

WD 76939

Missouri Court of Appeals, Western District.

Order filed: December 30, 2014

Allen S. Russell, Kansas City, for Respondent

Mark J. Murphy, for Appellant

Before Division Two: Victor C. Howard, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

### *ORDER*

PER CURIAM:

Eric McGraw appeals the judgment of the trial court denying his motion for entry of judgment nunc pro tunc. On appeal Eric McGraw argues the trial court erred in not admitting evidence that allegedly showed that the judgment contained a clerical mistake. He argues that the evidence was admissible and not in violation of the rule against parol evidence because evidence of mistake or inadvertence is an exception to the rule. Eric McGraw also contends that extrinsic evidence was admissible because the judgment was ambiguous. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).